AO (Rev. 5/85) Criminal Complaint



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION


UN-SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| LOUIS RUGGIERO | CASE NUMBER: 6:13-mj- 1050 |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 23, 2012 and continuing to on or about October 24, 2013, in Orange County, in the Middle District of Florida, defendant,

> using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd and Lascivious Battery, a violation of F.S. 800.04,

in violation of Title 18, United States Code, Section 2422(b). I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Rod Hyre

Sworn to before me and subscribed in my presence,

January 28, 2012      at      Orlando, Florida

THOMAS B. SMITH
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF FLORIDA  CASE NO. 6:13-mj-1050

COUNTY OF ORANGE

## AFFIDAVIT

I. **Introduction**

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past eleven years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children/Innocent Images Unit in Orlando.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the sexual enticement of minors under 18 U.S.C. § 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint affidavit against **LOUIS RUGGIERO** for violations of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that **RUGGIERO,** using a facility and

means of interstate commerce, that is, the Internet and cell phone, did knowingly attempt to persuade, induce, or entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd or Lascivious Battery, a violation of Fla. Stat. 800.04, in violation of 18 U.S.C. § 2422(b).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

5. Title 18, United States Code, Section 2422(b) prohibits a person from using a means and facility of interstate commerce to knowingly attempt to persuade, induce, or entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

II. **Investigation**

6. On October 23, 2012, the Orange County Sheriff's Office was conducting an online undercover operation to identify persons targeting children for sexual exploitation. As part of this operation an advertisement was placed on an e-commerce website. The advertisement was entitled "naturalist dad plus 1 –mw4m-35" and the body of the advertisement stated, "Open naturalist family looking for outside fun. Clean pic

before we talk. Discretion and DDF an absolute must!" At approximately 4:02 pm, **RUGGIERO** responded to this advertisement, using the email address gifted1_81@hotmail.com.

7. **RUGGIERO'S** initial e-mail response stated, "who's the "plus 1"? ...absolute discretion! 31 yo, 5'7 155lbs,hwp/fit, attractive Italian, 7"uncut/thick. Shaved/trimmed." The undercover law enforcement officer (UCLEO) responded that he had a 13 year-old stepdaughter and that he was "Looking for outside fun for my stepdaughter. She's 13 but liberated and open." **RUGGIERO** responded by asking for nude pictures of both the 13 year-old and the stepfather. Later **RUGGIERO** stated, "there's no way of me knowing URE REAL unless we swap nudes..." The UCLEO asked **RUGGIERO**, "tell me what you want to get out of this." **RUGGIERO** responded, "uninhibited fun....nothing more."

8. In response to an e-mail from the UCLEO stating that he had a privacy fence around his pool in the back yard, **RUGGIERO** wrote, "sounds really hot....would this be bare or covered? Lots of oral, worshipping, rimming maybe, lots of cum ...maybe even giving me gs if it's on the menu." The UCLEO responded, " you gonna fuck her too?" RUGGEIRO answered "=) ...r u going too also?"

9. Based on my training and experience, I know that the abbreviation "gs" is often used to indicate golden shower. This is a fetish sex act in which one person urinates on another person. In addition, based on my training and experience, I know that term "rimming" means to lick the anus of an individual.

3

10. In response to an earlier request for a picture of his 13 year-old step-daughter the UCLEO sent **RUGGEIRO** a picture of a female law enforcement officer which was taken when she was 13 years old. **RUGGEIRO** responded, "Wow!... great tits –def wish I could see more...just to verify." In a subsequent e-mail **RUGGEIRO** told the UCLEO, "gimme the address –I can gps it...ure prob about an hr away.... Phone#?" The UCLEO responded, "here's my phone number" and provided an undercover phone number with a 407 area code. **RUGGEIRO** responded, "ok, ill call...& where do u live? The address?" The UCLEO then supplied the residential address to **RUGGEIRO**.

11. In a previous e-mail **RUGGEIRO** had sent the UCLEO three images of **RUGGIERO'S** erect penis. **RUGGEIRO** asked in a later e-mail, "did she like my cock?" **RUGGEIRO** then asked, "will she be wearing lingerie, bra & panties, or red clothes when I come by? ...will she answer the door?"

12. Approximately one hour later **RUGGEIRO** called the UCLEO phone number which he had previously been given. The UCLEO answered and represented himself as the stepfather of his 13 year-old daughter "Kayla". **RUGGEIRO** then spoke with a female Orange County Sheriff's Office Deputy who acted as the 13 year-old Kayla. **RUGGEIRO** asked Kayla if she had performed oral sex on her father and swallowed his semen. **RUGGEIRO** told Kayla that he wanted her to perform oral sex on him and that he wanted to perform oral sex on her and wanted her to urinate on him. **RUGGEIRO** ended the conversation by saying that he was going to shave his genitals and then come to the address he had been given.

13. On October 24, 2012, at approximately 1:43 am **RUGGEIRO** arrived at the address he had been given by the UCLEO. **RUGGEIRO** was met at the door after ringing the doorbell and taken into custody by law enforcement.

14. After being advised of his Miranda rights, **RUGGEIRO** agreed to speak to the interviewing detectives. In the video recorded interview, **RUGGEIRO** acknowledged he was the person using the hotmail address gift1_81@hotmail. **RUGGEIRO** admitted to speaking about engaging a 13 year-old child in sex acts, but stated his intention was to back out of the sex acts and just talk to the 13 year-old girl. **RUGGEIRO** admitted to sending naked pictures of himself to the UCLEO.

### III. Conclusion

15. I believe there is probable cause that **LOUIS RUGGEIRO** using a facility and means of interstate commerce, that is the internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of F.S. 800.04, all in violation of 18 U.S.C. § 2422(b).

Rod Hyre, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 28 day of January, 2013.

Thomas B. Smith
United States Magistrate Judge